# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENTERPRISE HOLDINGS, INC.,<br><br>　　　　Defendant. | Case No.   CV 12-03970 PSG (JEMx)<br><br>**[PROPOSED] STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION** |
| ENTERPRISE HOLDINGS, INC.<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>PI-NET INTERNATIONAL, INC.,<br><br>　　　　Counterdefendant. | Courtroom:   880- 8th Floor<br>Judge:   Philip S. Gutierrez<br>Magistrate Judge:   John E. McDermott<br>Complaint Filed:   May 17, 2012<br>Trial Date:   None set |

- 2 -

**IT IS HEREBY ORDERED,** good cause appearing, that terms of the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information as agreed upon by the Parties in the above-consolidated action meets with the approval of the Court and that the Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information is **GRANTED.**

DATED:  
January 17, 2013

  */s/John E. McDermott*  
HON. PHILIP S. GUTIERREZ  
UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

DCACTIVE-22032664.1