```
 1  André E. Jardini, Bar No. 71335
    aej@kpclegal.com
 2  Hilary M. Goldberg, Bar No. 237993
    hmg@kpclegal.com
 3  KNAPP, PETERSEN & CLARKE
    550 North Brand Boulevard, Suite 1500
 4  Glendale, California 91203-1922
    Telephone: (818) 547-5000
 5  Facsimile: (818) 547-5329

 6  Joseph S. Farzam, Bar No. 210817
    farzam@lawyer.com
 7  JOSEPH FARZAM LAW FIRM
    1875 Century Park East, Suite 1345
 8  Los Angeles, CA 90067
    Telephone: (310) 226-6890
 9  Facsimile: (310) 226-6891

10  Attorneys for Plaintiff and Counter-Defendant
    PI-NET INTERNATIONAL, INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>　　　　Plaintiff,<br>　　v.<br>ENTERPRISE HOLDINGS, INC.,<br><br>　　　　Defendant. | NO.  CV12-03970 PSG (JEMx)<br><br>Dept:　　　　　　　　　　880<br>Judge:　The Hon. Philip S. Gutierrez<br>Trial Date:　　　　June 24, 2014<br><br>DECLARATION OF ANDRÉ E. JARDINI IN SUPPORT OF PLAINTIFF PI-NET INTERNATIONAL, INC.'S RESPONSE TO ORDER TO SHOW CAUSE WHY ALL RELATED CASES SHOULD NOT BE STAYED PENDING INTER PARTES REVIEW |
| PI-NET INTERNATIONAL, INC.,<br><br>　　　　Plaintiff,<br>　　v.<br>U-HAUL INTERNATIONAL, INC.,<br><br>　　　　Defendant. | NO.  CV12-4301PSG (JEMx) |
| PI-NET INTERNATIONAL, INC.,<br><br>　　　　Plaintiff,<br>　　v.<br>ACE RENT A CAR, INC.,<br><br>　　　　Defendants. | NO.  CV12-4303 PSG (JEMx) |

KNAPP,
PETERSEN
& CLARKE

-1-

1753856.1  08000/00951

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br>         Plaintiff, <br> v. <br> PAYLESS CAR RENTAL SYSTEM, INC., <br>         Defendant. | NO.  CV12-4394 PSG (JEMx) |
| PI-NET INTERNATIONAL, INC., <br>         Plaintiff, <br> v. <br> CAL POLY FEDERAL CREDIT UNION, <br>         Defendant. | NO.  CV12-9699 PSG (JEMx) |
| PI-NET INTERNATIONAL, INC., <br>         Plaintiff, <br> v. <br> SOUTH BAY CREDIT UNION, <br>         Defendant. | NO.  CV12-9703 PSG (JEMx) |
| PI-NET INTERNATIONAL, INC., <br>         Plaintiff, <br> v. <br> INLAND VALLEY FEDERAL CREDIT UNION, <br>         Defendant. | NO.  CV12-9705 PSG (JEMx) |
| PI-NET INTERNATIONAL, INC., <br>         Plaintiff, <br> v. <br> 1ST VALLEY CREDIT UNION, <br>         Defendant. | NO.  EDCV12-1989 PSG (JEMx) |

KNAPP, PETERSEN & CLARKE

1753856.1  08000/00951

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., | ) NO. EDCV12-1990 PSG (JEMx) |
| Plaintiff, | ) |
| v. | ) |
| MEDIA CITY COMMUNITY CREDIT UNION, | ) |
| Defendant. | ) |

## DECLARATION OF ANDRÉ E. JARDINI

I, André E. Jardini, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of KNAPP, PETERSEN & CLARKE, counsel of record for Plaintiff and Cross-Defendant PI-NET INTERNATIONAL, INC. in the following cases:

   *Pi-Net International, Inc. v. Enterprise Holdings, Inc.*

   *Pi-Net International, Inc. v. U-HAUL International, Inc.*

   *Pi-Net International, Inc. v. Ace Rent A Car, Inc.*

   *Pi-Net International, Inc. v. Payless Car Rental System, Inc.*

2. I hereby submit this declaration in support of Plaintiff's response to this Court's Order to Show Cause why the above captioned cases should not be stayed.

3. Attached hereto as Exhibits 1 through 3 to this motion are true and correct copies of Order denying Petitioner's Request for Authorization to File Motion to Accelerate The Time For Patent Owner to File A Patent Owner's Preliminary Response dated April 26, 2013. The attached orders are from the USPTO, The Patent Trial and Appeal Board, as between petitioner SAP and Plaintiff in this matter, the patent owner.

4. As demonstrated by the exhibits, it remains uncertain whether the patents will be accepted for *inter partes* review. The USPTO has denied a request to

KNAPP,
PETERSEN
& CLARKE

-3-

1753856.1 08000/00951

1  accelerate the time for Plaintiff to respond, making the process longer than
2  anticipated.
3      5.    On June 18, 2013, following a hearing on the motions to stay filed by
4  defendants in the *Pi-Net International, Inc v. Focus Business Bank* (5:12-cv-04958-
5  PSG, Dok. 43) and *Pi-Net International, Inc. v. Bridge Bank* (5:12-cv-04959-PSG,
6  Dok. 38) actions, in which I am counsel for Pi-Net, Judge Grewal took the matters
7  under submission, after voicing concern about the lengthy delay the new *inter partes*
8  review process would incur. As of the time of filing, Judge Grewal has yet to issue
9  an order.
10      6.    In the above captioned cases, the parties have exchanged proposed
11  claim constructions, asserted claim and infringement contentions, invalidity
12  contentions, discovery, documents, and extensive meet and confer discussions
13  concerning the claim terms presented to the Court for construction. Plaintiff has
14  filed its opening claim construction brief. Trial dates have been set, and these dates
15  have not been vacated or otherwise disturbed by the Court's orders relating the later
16  filed cases.
17      Executed on this 26th day of June, 2013, at Glendale, California.
18      I declare under penalty of perjury that the foregoing is true and correct.

                                      /s/ André E. Jardini
                                          André E. Jardini

KNAPP,
PETERSEN
& CLARKE

-4-

1753856.1 08000/00951

# EXHIBIT 1

Trial@uspto.gov  
571-272-7822

Paper No. 6  
Entered: April 26, 2013

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

SAP America, Inc.  
Petitioner

v.

Pi-Net International, Inc.  
Patent Owner,

Case IPR2013-00195  
Patent 5,987,500

Before, Karl D. Easthom, Joni Y, Chang, and  
BRIAN J. McNAMARA, *Administrative Patent Judges*.

McNAMARA, *Administrative Patent Judge*.

**ORDER DENYING PETITIONER'S REQUEST FOR AUTHIZATION TO FILE MOTION TO ACCELERATE THE TIME FOR PATENT OWNER TO FILE A PATENT OWNER'S PRELIMINAY RESPONSE**

*Conduct of the Proceeding*  
*37C.F.R. 42.5*



Case IPR2013-00195
Patent 5,987,500

Counsel for SAP America, Inc. (Petitioner) requested a conference call with the panel to occur April 18, 2013 to discuss accelerating a decision on instituting a proceeding in each of the following matters: IPR2013-00194, IPR2013-00195, and CBM2013-00013 (the Subject Proceedings). Following several attempts to arrange an alternate time, the call occurred on April 25, 2013. Petitioner was represented by lead counsel Michael Lee, Patent Owner was represented by lead counsel Bryan Boyle. Other representatives of each party also were present on the call.

During the April 25, 2013 teleconference, Petitioner requested authorization to file a motion to accelerate by 30 to 45 days the time permitted under 37 C.F.R. § 42.107(b) for Pi-Net International, Inc. (Patent Owner) to file a Patent Owner's Preliminary Response in each of the Subject Proceedings. Petitioner argued that, in view of Patent Owner's currently pending 24 district court patent infringement suits against 27 defendants, Patent Owner is aware of the relevant issues and would not be prejudiced by accelerating the date for filing a Patent Owner's Preliminary Response, particularly when one considers that the three Subject Proceedings involve only 31 claims, 6 primary references, 3 secondary references, and admitted prior art.

Patent Owner countered that it would prejudiced by accelerating the date because responding to the Petitioner's multiple petitions requires significant time,

Case IPR2013-00195
Patent 5,987,500

especially in view of a 245 page expert's declaration filed by Petitioner. Patent Owner also noted that the time required to oppose a motion to accelerate the time would distract from the effort required to prepare and file its Patent Owner's Preliminary Response in the Subject Proceedings.

Petitioner filed the petitions for IPR2013-00194 and IPR2013-00195 on March 18, 2013 and the petition for CBM2013-00013 on March 22, 2013. More than a month has elapsed since Petitioner filed the petitions for the Subject Proceedings. Under 37 C.F.R. § 42.107(b), a Patent Owner's Preliminary Response may be filed in IPR2013-000194 and IPR2013-000195 not later than June 20, 2013 (56 days from the date of the April 25 teleconference). A Patent Owner's Preliminary Response may be filed in CBM2013-00013 not later than June 27, 2013 (63 days from the April 25, 2013 teleconference). Accelerating the date for Patent Owner to file a Patent Owner's Preliminary Response by 45 days would move the current due dates to May 6, 2013 for IPR2013-00194 and 00195 (only 11 days from the date of the April 25, 2013 teleconference) and May 13, 2013 for CBM2013-00013 (only 18 days from the date of the teleconference). Accelerating the date for Patent Owner to file a Patent Owner's Preliminary Response by 30 days would move the current due dates to May 21, 2013 for IPR2013-00194 and 00195 (26 days from the date of the April 25, 2013 teleconference) and May 28, 2013 for CBM2013-00013 (33 days from the date of

3

the teleconference). These time frames do not take into account the amount of time required to file and oppose a motion to accelerate.

Because a month has already elapsed since Petitioner filed its petitions and given the existence of multiple proceedings with due dates in close proximity of time, there is limited time remaining for Patent Owner to prepare and file a Preliminary Patent Owner's Response. Accelerating the due dates as requested by Petitioner could prejudice Patent Owner and would not significantly expedite the Subject Proceedings.

Therefore, it is **ORDERED** that Petitioner's request for authorization to file a motion to accelerate the time required for Patent Owner to file a Patent Owner's Preliminary Response is denied.

PETITIONER: (via electronic transmission)

Lori A. Gordon
Lgordon-PTAB@skgf.vom
Michael Q. Lee
Mlee-PTAB@skgf.com

PATENT OWNER: (via electronic transmission)

Bryan Boyle
bboyle@carrferrell.com
Gerald Dodson
jdodson@carrferrell.com

# EXHIBIT 2

Trial@uspto.gov
571-272-7822

Paper No. 9
Entered: April 26, 2013

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

SAP America, Inc.
Petitioner

v.

Pi-Net International, Inc.
Patent Owner,

Case IPR2013-00194
Patent 8,108,492

Before, Karl D. Easthom, Joni Y, Chang, and
BRIAN J. McNAMARA, *Administrative Patent Judges*.

McNAMARA, *Administrative Patent Judge*.

**ORDER DENYING PETITIONER'S REQUEST FOR AUTHIZATION TO FILE MOTION TO ACCELERATE THE TIME FOR PATENT OWNER TO FILE A PATENT OWNER'S PRELIMINAY RESPONSE**

*Conduct of the Proceeding*
*37C.F.R. 42.5*

Case IPR2013-00194
Patent 8,108,492

Counsel for SAP America, Inc. (Petitioner) requested a conference call with the panel to occur April 18, 2013 to discuss accelerating a decision on instituting a proceeding in each of the following matters: IPR2013-00194, IPR2013-00195, and CBM2013-00013 (the Subject Proceedings). Following several attempts to arrange an alternate time, the call occurred on April 25, 2013. Petitioner was represented by lead counsel Michael Lee, Patent Owner was represented by lead counsel Bryan Boyle. Other representatives of each party also were present on the call.

During the April 25, 2013 teleconference, Petitioner requested authorization to file a motion to accelerate by 30 to 45 days the time permitted under 37 C.F.R. § 42.107(b) for Pi-Net International, Inc. (Patent Owner) to file a Patent Owner's Preliminary Response in each of the Subject Proceedings. Petitioner argued that, in view of Patent Owner's currently pending 24 district court patent infringement suits against 27 defendants, Patent Owner is aware of the relevant issues and would not be prejudiced by accelerating the date for filing a Patent Owner's Preliminary Response, particularly when one considers that the three Subject Proceedings involve only 31 claims, 6 primary references, 3 secondary references, and admitted prior art.

Patent Owner countered that it would prejudiced by accelerating the date because responding to the Petitioner's multiple petitions requires significant time,

/10

Case IPR2013-00194
Patent 8,108,492

especially in view of a 245 page expert's declaration filed by Petitioner. Patent Owner also noted that the time required to oppose a motion to accelerate the time would distract from the effort required to prepare and file its Patent Owner's Preliminary Response in the Subject Proceedings.

Petitioner filed the petitions for IPR2013-00194 and IPR2013-00195 on March 18, 2013 and the petition for CBM2013-00013 on March 22, 2013. More than a month has elapsed since Petitioner filed the petitions for the Subject Proceedings. Under 37 C.F.R. § 42.107(b), a Patent Owner's Preliminary Response may be filed in IPR2013-000194 and IPR2013-000195 not later than June 20, 2013 (56 days from the date of the April 25 teleconference). A Patent Owner's Preliminary Response may be filed in CBM2013-00013 not later than June 27, 2013 (63 days from the April 25, 2013 teleconference). Accelerating the date for Patent Owner to file a Patent Owner's Preliminary Response by 45 days would move the current due dates to May 6, 2013 for IPR2013-00194 and 00195 (only 11 days from the date of the April 25, 2013 teleconference) and May 13, 2013 for CBM2013-00013 (only 18 days from the date of the teleconference). Accelerating the date for Patent Owner to file a Patent Owner's Preliminary Response by 30 days would move the current due dates to May 21, 2013 for IPR2013-00194 and 00195 (26 days from the date of the April 25, 2013 teleconference) and May 28, 2013 for CBM2013-00013 (33 days from the date of

Case IPR2013-00194
Patent 8,108,492

the teleconference). These time frames do not take into account the amount of time required to file and oppose a motion to accelerate.

Because a month has already elapsed since Petitioner filed its petitions and given the existence of multiple proceedings with due dates in close proximity of time, there is limited time remaining for Patent Owner to prepare and file a Preliminary Patent Owner's Response. Accelerating the due dates as requested by Petitioner could prejudice Patent Owner and would not significantly expedite the Subject Proceedings.

Therefore, it is **ORDERED** that Petitioner's request for authorization to file a motion to accelerate the time required for Patent Owner to file a Patent Owner's Preliminary Response is denied.


PETITIONER: (via electronic transmission)

Lori A. Gordon
Lgordon-PTAB@skgf.vom
Michael Q. Lee
Mlee-PTAB@skgf.com


PATENT OWNER: (via electronic transmission)

Bryan Boyle
bboyle@carrferrell.com
Gerald Dodson
jdodson@carrferrell.com

# EXHIBIT 3

Trial@uspto.gov
571-272-7822

Paper No. 11
Entered: April 26, 2013

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

SAP America, Inc.
Petitioner

v.

Pi-Net International, Inc.
Patent Owner,

Case CBM2013-00013
Patent 8,037,158

Before, Karl D. Easthom, Joni Y, Chang, and
BRIAN J. McNAMARA, *Administrative Patent Judges*.

McNAMARA, *Administrative Patent Judge*.

**ORDER DENYING PETITIONER'S REQUEST FOR AUTHIZATION TO FILE MOTION TO ACCELERATE THE TIME FOR PATENT OWNER TO FILE A PATENT OWNER'S PRELIMINAY RESPONSE**

*Conduct of the Proceeding*
*37C.F.R. 42.5*

/3

Case CBM2013-00013
Patent 8,037,158

Counsel for SAP America, Inc. (Petitioner) requested a conference call with the panel to occur April 18, 2013 to discuss accelerating a decision on instituting a proceeding in each of the following matters: IPR2013-00194, IPR2013-00195, and CBM2013-00013 (the Subject Proceedings). Following several attempts to arrange an alternate time, the call occurred on April 25, 2013. Petitioner was represented by lead counsel Michael Lee, Patent Owner was represented by lead counsel Bryan Boyle. Other representatives of each party also were present on the call.

During the April 25, 2013 teleconference, Petitioner requested authorization to file a motion to accelerate by 30 to 45 days the time permitted under 37 C.F.R. § 42.107(b) for Pi-Net International, Inc. (Patent Owner) to file a Patent Owner's Preliminary Response in each of the Subject Proceedings. Petitioner argued that, in view of Patent Owner's currently pending 24 district court patent infringement suits against 27 defendants, Patent Owner is aware of the relevant issues and would not be prejudiced by accelerating the date for filing a Patent Owner's Preliminary Response, particularly when one considers that the three Subject Proceedings involve only 31 claims, 6 primary references, 3 secondary references, and admitted prior art.

Patent Owner countered that it would prejudiced by accelerating the date because responding to the Petitioner's multiple petitions requires significant time,

2

/4

Case CBM2013-00013
Patent 8,037,158

especially in view of a 245 page expert's declaration filed by Petitioner. Patent Owner also noted that the time required to oppose a motion to accelerate the time would distract from the effort required to prepare and file its Patent Owner's Preliminary Response in the Subject Proceedings.

Petitioner filed the petitions for IPR2013-00194 and IPR2013-00195 on March 18, 2013 and the petition for CBM2013-00013 on March 22, 2013. More than a month has elapsed since Petitioner filed the petitions for the Subject Proceedings. Under 37 C.F.R. § 42.107(b), a Patent Owner's Preliminary Response may be filed in IPR2013-000194 and IPR2013-000195 not later than June 20, 2013 (56 days from the date of the April 25 teleconference). A Patent Owner's Preliminary Response may be filed in CBM2013-00013 not later than June 27, 2013 (63 days from the April 25, 2013 teleconference). Accelerating the date for Patent Owner to file a Patent Owner's Preliminary Response by 45 days would move the current due dates to May 6, 2013 for IPR2013-00194 and 00195 (only 11 days from the date of the April 25, 2013 teleconference) and May 13, 2013 for CBM2013-00013 (only 18 days from the date of the teleconference). Accelerating the date for Patent Owner to file a Patent Owner's Preliminary Response by 30 days would move the current due dates to May 21, 2013 for IPR2013-00194 and 00195 (26 days from the date of the April 25, 2013 teleconference) and May 28, 2013 for CBM2013-00013 (33 days from the date of

Case CBM2013-00013
Patent 8,037,158

the teleconference). These time frames do not take into account the amount of time required to file and oppose a motion to accelerate.

Because a month has already elapsed since Petitioner filed its petitions and given the existence of multiple proceedings with due dates in close proximity of time, there is limited time remaining for Patent Owner to prepare and file a Preliminary Patent Owner's Response. Accelerating the due dates as requested by Petitioner could prejudice Patent Owner and would not significantly expedite the Subject Proceedings.

Therefore, it is **ORDERED** that Petitioner's request for authorization to file a motion to accelerate the time required for Patent Owner to file a Patent Owner's Preliminary Response is denied.

PETITIONER: (via electronic transmission)

Lori A. Gordon
Lgordon-PTAB@skgf.vom
Michael Q. Lee
Mlee-PTAB@skgf.com


PATENT OWNER: (via electronic transmission)

Bryan Boyle
bboyle@carrferrell.com
Gerald Dodson
jdodson@carrferrell.com

4

16

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PI-NET INTERNATIONAL INC. :
:
Plaintiff, :
:
v. : Civil Action No. 12-355-RGA
:
CITIZENS FINANCIAL GROUP INC. :
:
Defendant. :

ORDER GRANTING STAY

The Motion to Stay (D.I. 66) is **GRANTED** for the reasons set forth in open court on June 21, 2013. The case is **STAYED**. The Defendant shall advise whether the PTAB grants or denies CBM review. If CBM review is granted, the parties should file a joint status report every six months from that date. If CBM review is denied, Plaintiff may, in its discretion, move to lift the stay.

SO ORDERED the 21st day of June 2013.

_____
United States District Judge

17