UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 12-3970 PSG (JEMx)**<br>CV 12-4301 PSG (JEMx)<br>CV 12-4303 PSG (JEMx)<br>CV 12-4394 PSG (JEMx)<br>CV 12-9699 PSG (JEMx)<br>CV 12-9705 PSG (JEMx)<br>EDCV 12-1989 PSG (JEMx)<br>EDCV 12-1990 PSG (JEMx) | Date | July 2, 2013 |
|---|---|---|---|
| Title | **Pi-Net International, Inc. v. Enterprise Holdings, Inc.**<br>Pi-Net International, Inc. v. U-Haul International, Inc.<br>Pi-Net International, Inc. v. Ace Rent A Car, Inc.<br>Pi-Net International, Inc. v. Payless Car Rental System, Inc.<br>Pi-Net International, Inc. v. Media City Community Credit Union<br>Pi-Net International, Inc. v. South Bay Credit Union<br>Pi-Net International, Inc. v. 1st Valley Credit Union<br>Pi-Net International, Inc. v. Inland Valley Federal Credit Union | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Minute Order Re: Stay Pending *Inter Partes* Review

On June 5, 2013, the Court granted motions to stay litigation pending *inter partes* review of U.S. Patent Nos. 5,987,500 ("the '500 Patent") and 8,108,492 ("the '492 Patent") in three cases: *Pi-Net International, Inc. v. The Hertz Corporation, et al.*, CV 12-10012 PSG (JEMx); *Pi-Net International, Inc. v. Avis Budget Group, Inc., et al.*, CV 12-4036 PSG (JEMx); and *Pi-Net International, Inc. v. Dollar Thrifty Automotive Group, Inc., et al*, CV 12-4270 PSG (JEMx). The parties in the above listed cases were ordered to show cause why the eight cases detailed above should not be stayed until resolution of the *inter partes* review.

UNITED STATES DISTRICT COURT  JS - 6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 12-3970 PSG (JEMx)**<br>CV 12-4301 PSG (JEMx)<br>CV 12-4303 PSG (JEMx)<br>CV 12-4394 PSG (JEMx)<br>CV 12-9699 PSG (JEMx)<br>CV 12-9705 PSG (JEMx)<br>EDCV 12-1989 PSG (JEMx)<br>EDCV 12-1990 PSG (JEMx) | Date | July 2, 2013 |
|---|---|---|---|
| Title | **Pi-Net International, Inc. v. Enterprise Holdings, Inc.**<br>Pi-Net International, Inc. v. U-Haul International, Inc.<br>Pi-Net International, Inc. v. Ace Rent A Car, Inc.<br>Pi-Net International, Inc. v. Payless Car Rental System, Inc.<br>Pi-Net International, Inc. v. Media City Community Credit Union<br>Pi-Net International, Inc. v. South Bay Credit Union<br>Pi-Net International, Inc. v. 1st Valley Credit Union<br>Pi-Net International, Inc. v. Inland Valley Federal Credit Union | | |

Defendants U-Haul International, Inc. ("U-Haul") and Ace Rent a Car, Inc. ("Ace") responded that the case should be stayed pending the resolution of the *inter partes* review for the reasons stated in the June 5, 2013 Order. Defendant Payless Car Rental System, Inc. ("Payless") neither supported nor opposed the stay.

Defendant Enterprise Holdings, Inc. ("Enterprise") responded that the case should not be stayed because Enterprise believes the '500 Patent and '492 Patent to be indefinite and intends to file a motion for summary judgment as to all of Pi-Net's claims. Enterprise also argues that it will be prejudiced by the passage of time occasioned by the stay because it will have to continue to account for the Plaintiff's $2.5 million settlement demand in its finances. While the Court sympathizes with Enterprise's position, it finds the imposition of a stay warranted because the pending motion for summary judgment and accounting responsibilities do not significantly alter the Court's analysis of the factors relevant to a determination of whether to stay an action pending resolution of *inter partes* review.

As the Court explained in its June 5, 2013 Order, the three factors in deciding whether to stay an action are: "(1) whether discovery is complete and whether a trial date has been set; (2) whether a stay will simplify the issues in question and trial of the case; and (3) whether a stay would unduly prejudice or present a clear tactical disadvantage to the nonmoving party." *Aten Int'l Co., Ltd v. Emine Tech. Co., Ltd.*, No. SACV 09–0843 AG (MLGx), 2010 WL 1462110, at *6 (C.D. Cal. Apr. 12, 2010) (quoting *Telemac Corp. v. Teledigital, Inc.,* 450 F.Supp.2d 1107, 1111 (N.D. Cal. 2006)). As with the cases that have been previously stayed, in the Enterprise case, discovery is not complete, the Court has not yet construed the parties' claims, and trial is roughly one year away. *See Big Baboon*, *Inc. v. Dell*, *Inc.*, No. CV 09-1198 SVW (SSx), 2011

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 12-3970 PSG (JEMx)**<br>CV 12-4301 PSG (JEMx)<br>CV 12-4303 PSG (JEMx)<br>CV 12-4394 PSG (JEMx)<br>CV 12-9699 PSG (JEMx)<br>CV 12-9705 PSG (JEMx)<br>EDCV 12-1989 PSG (JEMx)<br>EDCV 12-1990 PSG (JEMx) | Date | July 2, 2013 |
|---|---|---|---|
| Title | **Pi-Net International, Inc. v. Enterprise Holdings, Inc.**<br>Pi-Net International, Inc. v. U-Haul International, Inc.<br>Pi-Net International, Inc. v. Ace Rent A Car, Inc.<br>Pi-Net International, Inc. v. Payless Car Rental System, Inc.<br>Pi-Net International, Inc. v. Media City Community Credit Union<br>Pi-Net International, Inc. v. South Bay Credit Union<br>Pi-Net International, Inc. v. 1st Valley Credit Union<br>Pi-Net International, Inc. v. Inland Valley Federal Credit Union | | |

U.S. Dist. LEXIS 155536, at *46 (C.D. Cal. Feb. 8, 2011) (finding a stay appropriate where discovery had been continuing for over a year, no trial date had been set, and no claim construction had been undertaken). Additionally, while it is unlikely that a stay will impact the inquiry of indefiniteness, in the event that Defendant's motion for summary judgment is denied, the stay will likely simplify the remaining issues in the case. Further, analysis of the motion for summary judgment as to indefiniteness would require the Court to construe the claims. *See Acacia Media Techs. Corp. v. New Destiny Internet Grp.*, 405 F. Supp. 2d 1127, 1132-39 (N.D. Cal. 2005) (construing claims prior to finding a patent indefinite). As such, because the case could potentially be resolved without claim construction, imposing a stay would likely simplify the issues. Finally, while the stay would prejudice Enterprise in the sense that it would have to report the settlement demand in its finances, it would not place Enterprise at a tactical disadvantage. Taking all of those factors into account, the Court finds a stay appropriate.

Thus, the Court STAYS *Pi-Net International, Inc. v. Enterprise Holdings, Inc.*, CV 12-3970 PSG (JEMx); *Pi-Net International, Inc. v. U-Haul International, Inc.*, CV 12-4301 PSG (JEMx); *Pi-Net International, Inc. v. Ace Rent A Car, Inc.*, CV 12-4303 PSG (JEMx); and *Pi-Net International, Inc. v. Payless Car Rental System, Inc.*, CV 12-4394 PSG (JEMx). Defendants are ordered to institute litigation holds, if they have not already done so, and to put copies of their source code in escrow. The four cases shall be administratively closed pending the outcome of the *inter partes* review. Further, Ace's pending motion for a stay, scheduled for hearing on July 15, 2013 at 1:30 p.m., is RENDERED MOOT.

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 12-3970 PSG (JEMx)**<br>CV 12-4301 PSG (JEMx)<br>CV 12-4303 PSG (JEMx)<br>CV 12-4394 PSG (JEMx)<br>CV 12-9699 PSG (JEMx)<br>CV 12-9705 PSG (JEMx)<br>EDCV 12-1989 PSG (JEMx)<br>EDCV 12-1990 PSG (JEMx) | Date | July 2, 2013 |
|---|---|---|---|
| Title | **Pi-Net International, Inc. v. Enterprise Holdings, Inc.**<br>Pi-Net International, Inc. v. U-Haul International, Inc.<br>Pi-Net International, Inc. v. Ace Rent A Car, Inc.<br>Pi-Net International, Inc. v. Payless Car Rental System, Inc.<br>Pi-Net International, Inc. v. Media City Community Credit Union<br>Pi-Net International, Inc. v. South Bay Credit Union<br>Pi-Net International, Inc. v. 1st Valley Credit Union<br>Pi-Net International, Inc. v. Inland Valley Federal Credit Union | | |

      Additionally, Pi-Net filed a supplemental response to the Court's Order to Show Cause as to South Bay Credit Union, Inland Valley Credit Union, 1st Valley Credit Union, and Media City Credit Union, indicating that the parties had reached a settlement. Accordingly, those cases, *Pi-Net International, Inc. v. South Bay Credit Union*, CV 12-9705 PSG (JEMx); *Pi-Net International, Inc. v. Inland Valley Federal Credit Union*, CV 12-1990 PSG (JEMx); *Pi-Net International, Inc. v. 1st Valley Credit Union*, EDCV 12-1989 PSG (JEMx); and *Pi-Net International, Inc. v. Media City Community Credit Union*, EDCV 12-9699 PSG (JEMx) shall remain open until dismissals are filed. An Order to Show Cause re: dismissal is scheduled for **July 29, 2013** at 3:00 p.m. In the event dismissals are filed, attendance is not required and the Order to Show Cause will be vacated.

      **IT IS SO ORDERED.**